No. 3531.—Pueblo, apldo., *v.* Betancourt, aplte.—C. D. San Juan. Ataque para cometer homicidio. Abril 11, 1928.

No. 3514.—Pueblo, apldo., *v.* Betancourt, aplte.—C. D. San Juan. Portar armas. Abril 11, 1928.

No. 3538.—Pueblo, apldo., *v.* Meléndez, aplte.—C. D. Humacao. Acometimiento grave. Abril 23, 1928.

No. 3546.—Pueblo, apldo., *v.* Liceaga, aplte.—C. D. San Juan. Escalamiento. Abril 23, 1928.

No. 3547.—Pueblo, apldo., *v.* Coll, aplte.—C. D. San Juan. Acometimiento y agresión grave. Abril 24, 1928.

No. 3548.—Pueblo, apldo., *v.* González, aplte.—C. D. San Juan. Abril 25, 1928. Alterar la paz.

No. 4514. — Sosa Oliva, aplte., *v.* Maryland Casualty Company, aplda.—Cobro de dinero. Abril 26, 1928.

No. 3553.—Pueblo, apldo., *v.* Díaz, aplte.—C. D. Humacao. Infracción Ley de Prohibición. Abril 30, 1928.

No. 4604.—Ortiz, aplte., *v.* Delgado, apldo.—C. D. San Juan. Divorcio. Mayo 7, 1928.

No. 4605.—Nieves, aplte., *v.* Blanco Gándara, apldo.—C. D. Humacao. Mayo 7, 1928. Filiación.

No. 3587.—Pueblo, apldo., *v.* Pérez, aplte.—C. D. Arecibo. Escalamiento. Mayo 16, 1928.

No. 3540.—Pueblo, apldo., *v.* Figueroa, aplte.—C. D. Humacao. Acometimiento. Mayo 16, 1928.

No. 4302.—Ortiz López, apltes., *v.* Roig, apldo.—C. D. Humacao. Desahucio. Mayo 22, 1928.

No. 3604.—Pueblo, apldo., *v.* Wagner, aplte.—C. D. Arecibo. Alterar la paz. Mayo 29, 1928.

No. 4476.—Banco de Ponce, aplte., *v.* Laborde et al, apldos.—C. D. San Juan. Nulidad de cancelación de hipoteca. Junio 1, 1928.